| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister, Jr., Esq., SBN 111282 |
|   | Amanda Seabock, Esq., SBN 289900 |
| 3 | Dennis Price, Esq., SBN 279082 |
|   | 100 Pine St., Ste 1250 |
| 4 | San Francisco, CA 94111 |
| 5 | (858) 375-7385; (888) 422-5191 fax |
|   | amandas@potterhandy.com |
| 6 | Attorneys for Plaintiff SCOTT JOHNSON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT JOHNSON, | ) | Case No.: 4:21-cv-06444-YGR |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SETTLEMENT AND** |
| v. | ) | **REQUEST TO VACATE ALL** |
| | ) | **CURRENTLY SET DATES** |
| THE WICKED GROUP Inc., a California Corporation; and Does 1-10, | ) | |
| Defendant. | ) | |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

Dated: May 16, 2022                    CENTER FOR DISABILITY ACCESS

                                       By:   /s/ Amanda Seabock
                                             Amanda Seabock
                                             Attorney for Plaintiff