CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

NATHAN VERBISCAR-BROWN (SBN: 286377)
nvb@singler-law.com
PETER A. SINGLER (SBN: 153922)
SINGLER PROFESSIONAL LAW CORPORATION
103 Johnson Street, P.O. Box 2298
Windsor, California 95492
Telephone: (707) 823-8719
Facsimile: (707) 823-8737
Attorneys for Defendant The Wicked Group Inc.

**GRANTED**

Judge Yvonne Gonzalez Rogers

6/21/2022

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> THE WICKED GROUP Inc., a California Corporation; and Does 1-10, <br><br> Defendant. | Case: 4:21-cv-06444-YGR <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 6, 2022            CENTER FOR DISABILITY ACCESS

                                            By:    /s/Amanda Seabock
                                                    Amanda Seabock
                                                    Attorneys for Plaintiff

Dated: June 6, 2022            SINGLER PROFESSIONAL LAW CORPORATION

                                            By:    /s/Nathan Verbiscar-Brown
                                                    Nathan Verbiscar-Brown
                                                    Attorneys for Defendant
                                                    The Wicked Group Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Nathan Verbiscar-Brown, counsel for The Wicked Group Inc., and that I have obtained Nathan Verbiscar-Brown authorization to affix his electronic signature to this document.

Dated: June 6, 2022                        CENTER FOR DISABILITY ACCESS

                                                 By:   /s/Amanda Seabock
                                                    Amanda Seabock
                                                    Attorneys for Plaintiff